COUNTY OF SENECA, Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 26299.)

TOWN OF RIPLEY, Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 26606.)

Argued October 14, 1943; decided January 20, 1944.

*George R. Fearon* and *M. Harold Dwyer* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Henry S. Manley* of counsel), for respondent.

Judgments affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.